1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   JOHN A. GAVINO,                           CV F   03 5977 OWW LJO P

10                    Plaintiff,

11        v.                                  ORDER FINDING SERVICE OF COMPLAINT
                                              APPROPRIATE AND FORWARDING
                                              DOCUMENTS TO PLAINTIFF
12

13   HORFAN, et. al.,

                      Defendants.
14   _____/

15

16        John A. Gavino ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

17   in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Pending before the Court is

18   Plaintiffs First Amended Complaint filed on September 13, 2004.  On March 7, 2005, the Court

19   dismissed the Complaint with leave to amend.  Plaintiff filed a Motion to proceed on the

20   cognizable claims and dismiss those claims not cognizable on March 23. 2005.  (Doc. 16).

21   The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it

22   states cognizable claims for relief under 42 U.S.C. § 1983 against Defendant Horfan for mail

23   interference in violation of his First Amendment rights.[1]  Fed. R. Civ. P. 8(a); Swierkiewicz v.

24   Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir.

25   2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara,

26   307 F.3d 1119, 1125-26 (9th Cir. 2002).  Accordingly, IT IS HEREBY ORDERED that:

27

28

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that Plaintiff's claim against Defendant Wilson concerning Plaintiff's inmate appeals be dismissed from this action for failure to state a claim upon which relief may be granted.

1

1.  Service is appropriate for the following Defendant:

    HORFAN

2.  The Clerk of the Court shall send Plaintiff ONE USM-285 form, ONE summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the First Amended Complaint filed on September 13, 2004.

3.  Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a.  Completed summons;

    b.  One completed USM-285 form for each defendant listed above; and

    c.  TWO copies of the endorsed First Amended Complaint filed September 13, 2004 (Doc. 12.)

4.  Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.  The failure to comply with this Order will result in a Recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    April 3, 2006**              _____/s/ Lawrence J. O'Neill_____
b9ed48                                   UNITED STATES MAGISTRATE JUDGE

2