UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. GAVINO, | 1:03-cv-05977-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 17) |
| vs. | **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |
| HORFAN, et al., | |
| Defendants. | |

John A. Gavino ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 30, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1 | In accordance with the provisions of 28 U.S.C.
2 | § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 | <u>de novo</u> review of this case.  Having carefully reviewed the
4 | entire file, the Court finds the Findings and Recommendations to
5 | be supported by the record and by proper analysis.
6 | Accordingly, IT IS HEREBY ORDERED that:
7 | 1.   The Findings and Recommendations, filed March 30, 2006,
8 | are ADOPTED IN FULL;
9 | 2.   Plaintiff's Motion, filed March 23, 2006, is GRANTED;
10 | 3.   This action proceed on Plaintiff's First Amendment
11 | Claim for mail interference against Defendant Horfan; and,
12 | 4.   The claim against Defendant Wilson is DISMISSED from
13 | this action for failure to state a claim upon which relief can be
14 | granted.
15 | 5.   The case is referred back to the Magistrate Judge for
16 | further proceedings.

IT IS SO ORDERED.

**Dated:   May 23, 2006**            /s/ Oliver W. Wanger
emm0d6                               UNITED STATES DISTRICT JUDGE