IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOHN A GAVINO,** <br><br> Plaintiff, <br><br> v. <br><br> **HORFAN, et al.,** <br><br> Defendants. | 1:03-CV-5977 OWW LJO P <br><br> **ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** <br> (Doc. 26) |

Good cause appearing, Defendant Horton is granted a 30-day extension of time to respond to Plaintiff's Complaint.  Defendant's response to Plaintiff's complaint shall be due on or before Tuesday October 3, 2006.

IT IS SO ORDERED.

**Dated:   September 6, 2006**            /s/ Lawrence J. O'Neill
b6edp0                                     UNITED STATES MAGISTRATE JUDGE