IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOHN A GAVINO,** | CASE NO. 1:03-CV-5977 OWW LJO P |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| **HORFAN, et al.,** | |
| Defendants. | **Document No. 31** |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 2, 2006, defendant filed a request/motion to extend time to respond to plaintiff's complaint. Defendants indicate that they have only just received the requested documents from the California Department of Corrections and needs more time to review and prepare an Answer.

GOOD CAUSE APPEARING, defendant is granted a 30-day extension of time to respond to plaintiff's complaint. Defendant's response to plaintiff's complaint shall be due on or before November 2, 2006.

IT IS SO ORDERED.

**Dated:**   October 16, 2006              /s/ Lawrence J. O'Neill
b6edp0                                    UNITED STATES MAGISTRATE JUDGE

*Order Granting Defendant's Second Request for Extension of Time to Respond to Plaintiff's Complaint*

1