# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANTHONY GAVINO, | CASE NO. 03-5977 OWW LJO P |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS WITHIN TWENTY DAYS |
| v. | |
| HORFAN, et. al., | |
| Defendant. / | |

John Anthony Gavino ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 30, 2006, Defendants filed a Motion to Dismiss the action on the basis of Plaintiff's failure to exhaust administrative remedies. To date, Plaintiff has not filed an Opposition to the Motions or a Statement of Non-opposition, as is required by the Local Rules. Local Rule 78-230(m).

Accordingly, within **TWENTY (20) days** from the date of service of this Order, Plaintiff shall file an Opposition or a Statement of Non-opposition to Motions to Dismiss. **Plaintiff is forewarned that his failure to file an Opposition or Statement of Non-opposition in compliance with this order will result in a Recommendation that this action be dismissed, without prejudice, for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

**Dated:   December 4, 2006**          /s/ Lawrence J. O'Neill
b6edp0                                              UNITED STATES MAGISTRATE JUDGE