1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  JOHN ANTHONY GAVINO,                 1:03-cv-05977-OWW-LJO-P

12              Plaintiff,        **ORDER ADOPTING FINDINGS AND**
                                  **RECOMMENDATIONS** (Doc. 40)

13  vs.
                                  **ORDER DISMISSING COMPLAINT/**
14  HORFAN, et al.,               **ACTION**

15              Defendants.       **ORDER DENYING MOTION TO**
    _____/   **DISMISS AS MOOT** (Doc. 35)

16

17       John Anthony Gavino ("Plaintiff"), a state prisoner

18  proceeding pro se and in forma pauperis, has filed this civil

19  rights action seeking relief under 42 U.S.C. § 1983.  The matter

20  was referred to a United States Magistrate Judge pursuant to 28

21  U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22       On January 5, 2007, the Magistrate Judge filed Findings and

23  Recommendations herein which were served on Plaintiff and which

24  contained notice to Plaintiff that any objections to the Findings

25  and Recommendations were to be filed within twenty (20) days.  To

26  date, Plaintiff has not filed objections to the Magistrate

27  Judge's Findings and Recommendations.

28  //

                                   1

1   In accordance with the provisions of 28 U.S.C.

2   § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3   de novo review of this case.  Having carefully reviewed the

4   entire file, the Court finds the Findings and Recommendations to

5   be supported by the record and by proper analysis.

6   Accordingly, IT IS HEREBY ORDERED that:

7   1.   The Findings and Recommendations, filed January 5,

8   2007, are ADOPTED IN FULL;

9   2.   The Complaint, and therefore this action, is DISMISSED

10  pursuant to Local Rule 11-110, and for Plaintiff's failure to

11  obey the Court's order of December 4, 2006; and,

12  3.   Defendant's Motion to Dismiss, filed October 30, 2006,

13  is DENIED as MOOT.

14  IT IS SO ORDERED.

15  **Dated:   February 25, 2007**          _____/s/ Oliver W. Wanger_____
    emm0d6                          UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28