UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

RECEIVED APR 3 0 2007 By____

| | |
|---|---|
| JOHN ANTHONY GAVINO,<br><br>    Plaintiff - Appellant,<br>v.<br><br>P. HORFAN,<br><br>    Defendant - Appellee. | No. 07-15480<br>D.C. No. CV-03-05977-OWW<br><br><br>ORDER |

FILED

MAY   3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
             DEPUTY CLERK

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith      [X]

Explanation: __FAILURE to EXHAUST ADMINISTRATIVE__

__REMEDIES_____

_____

_____

_____
              Judge
United States District Court

Date: __5-1-07__